IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH N. YARON,** | : | Civil No. 1:18-cv-1110 |
| **Plaintiff,** | : | |
| v. | : | |
| **MATTHEW A. YARON, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **M E M O R A N D U M**

Presently before the court is a *pro se* complaint and a motion to proceed *in forma pauperis* filed by Plaintiff Joseph N. Yaron, resident of Waynesboro, Pennsylvania. For the reasons set forth below, the court will grant the motion to proceed *in forma pauperis* for purposes of filing the complaint in this action only, but dismiss the claims set forth in the complaint without prejudice for failure to state a claim upon which relief can be granted in federal court.

**I.    Discussion**

A complaint that is filed *in forma pauperis* is subject to preliminary review by the district court under 28 U.S.C. § 1915(e)(2), which states as follows:

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that (A) the allegation of poverty is untrue; or (B) the action or appeal –
>
> (i)     is frivolous or malicious
>
> (ii)    fails to state a claim on which relief may be granted; or

(iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. § 1915(e)(2). Upon review of the complaint, the court is unable to ascertain what claims Plaintiff is attempting to assert or the factual basis for such claims, and therefore Plaintiff has failed to comply Federal Rule of Civil Procedure 8(a)(2). Furthermore, it appears that the majority of Plaintiff's allegations—though largely indecipherable—amount to state law causes of action, such as theft, assault, vandalism, and false arrest.

Accordingly, the court will dismiss the complaint without prejudice.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge

Dated: June 7, 2018