IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH N. YARON,** | : | Civil No. 1:18-cv-1110 |
| **Plaintiff,** | : | |
| v. | : | |
| **MATTHEW A. YARON, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 7th day of June, 2018, **IT IS HEREBY ORDERED** as follows:

1) The application to proceed *in forma pauperis* is **GRANTED**.

2) The complaint is **DISMISSED** without prejudice.

3) The Clerk of Court is directed to **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge